■ ISABELLA BRIDGER v. JOHN J. DONALDSON et al. TENEDINE & SONS, INC. v. MERIT TRUCK LEASING CO., INC.— Motion for a stay and for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, dated May 11, 1971, properly made?" The order of this court entered on May 27, 1971 [36 A D 2d 1028] is vacated. Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and McNally, JJ.

## (June 3, 1971)

■ DELAFIELD & DELAFIELD, Respondent, v. F. I. duPONT et al., Appellants, and PERERA COMPANY, INC., et al., Respondents.— Order, Supreme Court, New York County, entered on March 31, 1971, unanimously reversed, in the exercise of discretion and the interest of justice, and defendant-appellant duPont's motion granted to vacate plaintiff-respondent's statement of readiness and the preference for trial theretofore granted to plaintiff-respondent. Appellant duPont shall recover of plaintiff-respondent $30 costs and disbursement of this appeal. It was an inappropriate exercise of discretion to have accorded a trial preference to plaintiff in the face of plaintiff's own failure, continued as late as the time this appeal was heard, to produce, at the examination of plaintiff's employees, certain documents properly sought to be discovered. In these circumstances, the parties should not have been ordered to trial before defendant was afforded a reasonable opportunity to complete pretrial procedures. Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Steuer, JJ.